ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 OCT -2 PM 12: 17

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 3:13-CR- |
| v. | § § | |
| ANASTASIO N. LAOUTARIS | § § | 3-13CR-386-B |

## INDICTMENT

The Grand Jury charges:

At all times material to this Information:

### INTRODUCTION

1. Locke Lord Bissell & Liddell, L.L.P. ("Locke Lord") was an international law firm with offices in numerous cities in the United States and around the world, including Houston and Dallas. Computers in the various Locke Lord offices worldwide were connected by means of a Wide Area Network (WAN).

2. The Locke Lord office in Dallas was located at 2200 Ross Avenue, Suite 2200, Dallas, Texas, in the Northern District of Texas.

3. The Locke Lord WAN used Windows Active Directory, a directory service that provided a central location for network administration and security. A component of the Active Directory service resided on servers located in the various firm offices, including the Dallas office. These servers, referred to as "domain controllers," kept information on and controlled the users and computer resources assigned to that particular office "domain." Among other functions, Active Directory authenticated a user in the "domain" signing on to the firm network, identified what

Indictment (Laoutaris) - p. 1

other resources on the network the user was authorized to access, and identified the e-mail (Microsoft Exchange) server and the mailbox (e-mail account) on that server the user was authorized to access.

4. The defendant, **Anastasio N. Laoutaris**, was employed by Locke Lord as a Senior Systems Engineer from March 2006 through August 19, 2011. After his departure from the firm on August 19, 2011, **Laoutaris** was not authorized to access the Locke Lord network.

## COUNT ONE
### Transmitting a Malicious Code
### (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i))

On or about December 1, 2011, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Anastasio N. Laoutaris**, did knowingly cause the transmission of a computer program, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, a computer owned by Locke Lord LLC and designated DALGNDC01 that hosted the Active Directory service and data for Locke Lord employees assigned to the Dallas office, in that **Laoutaris** knowingly transmitted a malicious program, code, and command that impaired the integrity and availability of 18 administrator accounts, 356 computer, and 359 user accounts, and the data and information contained in and associated with those accounts.

In violation of (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)).

## COUNT TWO
Transmitting a Malicious Code
(18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i))

On or about December 1, 2011, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Anastasio N. Laoutaris**, did knowingly cause the transmission of a computer program, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, a computer owned by Locke Lord LLC and designated DALGNDC02 that hosted the Active Directory service and data for Locke Lord employees assigned to the Dallas office, in that **Laoutaris** knowingly transmitted a malicious program, code, and command that impaired the integrity and availability of 105 server accounts and 140 computer accounts, and the data and information contained in and associated with those accounts.

In violation of (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)).

COUNT THREE
Transmitting a Malicious Code
(18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i))

On or about December 5, 2011, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Anastasio N. Laoutaris**, did knowingly cause the transmission of a computer program, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, a computer owned by Locke Lord LLC and designated DALMSEX02 that operated as an Exchange electronic mail server for electronic mailboxes of Locke Lord employees assigned to the Dallas office, in that **Laoutaris** knowingly transmitted a malicious program, code, and command that impaired the integrity and availability of all e-mail accounts of Locke Lord Dallas employees, and the data and information contained in and associated with those accounts.

In violation of (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)).

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
PAUL YANOWITCH
Assistant United States Attorney
Illinois State Bar No. 6188269
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
paul.yanowitch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANASTASIO N. LAOUTARIS

INDICTMENT

18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i)
Transmitting a Malicious Code

3 Counts

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this __2__ day of October 2013.

_____
                                                          Clerk

**Warrant to be Issue for Defendant ANASTASIO N. LAOUTARIS.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal matter pending