IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:13-CR-00386-B |
| v. | (Superseding Indictment of February 19, 2015) |
| ANASTASIO N. LAOUTARIS | **ECF** |

### TRIAL STIPULATIONS

It is hereby stipulated by and between the government and the defense, with the express consent of the defendant, that the following facts are true and may be presented to the jury this case without the need to call a witness to testify as to the following facts and evidence:

1.  It is stipulated that the Government Exhibits 1 – 3, inclusive, 4 – 8, inclusive, and 143 – 144, inclusive, are true and correct copies of business records of Locke Lord LLP, that the business records accurately record the information and data contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

2.  It is stipulated that Defense Exhibits 1 – 7, inclusive; 8 - 10, inclusive; 12 – 13, inclusive; 23; 24 pages 1 – 3, inclusive, and 5; 25 – 26; 28 – 29, inclusive; 32 – 35, inclusive; 37 – 38, inclusive; 39 pages 7 – 10, inclusive; 40 page 9; 44 page 22; 46 pages 9 – 12, inclusive; 14; 18; 23 – 25, inclusive; 28 – 29, inclusive; 32 – 33 inclusive;  51

pages 1 – 3, inclusive, 5 – 7, inclusive, 16 – 18, inclusive; 52 page 17 and pages 25 – 26,

inclusive; 53 pages 13 – 14, inclusive; 54 pages 14 – 18, inclusive; and 55 pages 2 – 18

and 22 - 23, inclusive, are true and correct copies of business records of Locke Lord LLP,

that the business records accurately record the information and data contained in the

Exhibits, and that the Exhibits are admissible into evidence in this case without the need

for a custodian of record to prove their authenticity;

    3.  It is stipulated that the Government Exhibits 9 and 10 are true and correct copies

of e-mails sent by Nick Laoutaris, using the e-mail address c_hockland@hotmail.com, to

Andrew Hsu at a Locke Lord e-mail address, that the records accurately record the

information contained in the Exhibits, and that the Exhibits are admissible into evidence

in this case without the need for a custodian of record to prove their authenticity;

    4.  It is stipulated that the Government Exhibit 12 is a true and correct copy of

business records of Sentinel Technologies, that the business records accurately record the

information and data contained in the Exhibit, and that the Exhibit is admissible into

evidence in this case without the need for a custodian of record to prove its authenticity;

    5.  It is stipulated that the Government Exhibit 13 is a true and correct copy of

business records of Microsoft Corporation, that the business records accurately record the

information and data contained in the Exhibit, and that the Exhibit is admissible into

evidence in this case without the need for a custodian of record to prove its authenticity;

6.  It is stipulated that the Government Exhibit 14 is a true and correct copy of business records of Stroz Friedberg, that the business records accurately record the information and data contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

7.  It is stipulated that the Government Exhibit 11 is a true and correct summary of charges invoiced to Locke Lord LLP by Stroz Friedberg, Microsoft Corporation, and Sentinel Technologies, for forensic services performed by these companies during the period November 14, 2011 and January 4, 2012, that the chart accurately records the information and data contained in Exhibits 12-14, inclusive, and that the Exhibit is admissible into evidence in this case as a summary chart;

8.  It is stipulated that the Government Exhibits 16, 18, and 20, inclusive, and Defense Exhibit 15, are true and correct copies of business records of AT&T Corporation, that the business records accurately record the information and data contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

9.  It is stipulated that the Government Exhibits 22-23, inclusive are true and correct copies of business records of Microsoft Corporation, that the business records accurately record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

Trial Stipulations Regarding Authentication
and Admissibility of Evidence – p. 3

10. It is stipulated that the Government Exhibit 25 is a true and correct copy of a business record of Level 3 Communications, that the business record accurately records the information contained in the Exhibits, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

11. It is stipulated that the Government Exhibit 27 is a true and correct copy of a business record of TW Telecom, that the business record accurately records the information contained in the Exhibits, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

12. It is stipulated that the Government Exhibit 29 and Defense Exhibits 18, 22, 24 page 4, and 27, are true and correct copies of business records of Softlayer Technologies, Inc., that the business records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

13. It is stipulated that the Government Exhibit 31 and Defense Exhibit 51 page 12 are true and correct copies of business records of Trafigura A.G., that the business records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

14. It is stipulated that the Government Exhibits 33 – 35, inclusive, are true and correct copies of business records of LogMeIn, Inc., that the business records accurately

record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

15. It is stipulated that the Government Exhibit 36 is a true and correct certificate of the absence of business records of Lockheed Martin Corporation, that the business records of Lockheed Martin Corporation do not contain information set forth in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

16. It is stipulated that the Government Exhibit 38 is a true and correct copy of business records of Texas A&M University, that these records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

17. It is stipulated that the Government Exhibit 40 and Defense Exhibit 51 page 13 are true and correct copies of business records of Ashley Ellis/Triad Personnel Services, Inc., that these records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

18. It is stipulated that the Government Exhibits 42 and 43 are true and correct copy of business records of Cisco Systems, Inc., that these records accurately record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

19. It is stipulated that the Government Exhibits 45 and 46 are true and correct copy of business records of GoDaddy.com, that these records accurately record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of record to prove their authenticity;

20. It is stipulated that the Government Exhibit 48 is a true and correct copy of business records of HireRight, Inc., that these records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

21. It is stipulated that Government Exhibits 49 - 50, inclusive, 52 – 54, inclusive, 65 – 83, inclusive, 85 – 96, inclusive, 98 - 99, inclusive, 120 – 121, inclusive, 135 – 136, inclusive, 138, and 145 – 146, inclusive, are true and correct copies of computer-generated logs of the Locke Lord server designated H0BK01, and excerpts from those logs, that the logs accurately record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of records to prove their authenticity;

22. It is stipulated that Government Exhibits 55 - 56, inclusive, 59, 61, 100 – 102, inclusive, 109, 111 – 112. inclusive, 114 – 166, inclusive, and 122 – 134, inclusive, are true and correct copies of computer-generated logs of the Locke Lord domain controller designated DALGNDC01, and excerpts from those logs, that the logs accurately record the information contained in the Exhibits, and that the Exhibits are admissible into

evidence in this case without the need for a custodian of records to prove their authenticity;

23.   It is stipulated that Government Exhibits 57 – 58, inclusive, 60, 62, 103 – 108, inclusive, 110, 113, and 117 - 118, inclusive, are true and correct copies of computer-generated logs of the Locke Lord domain controller designated DALGNDC02, and excerpts from those logs, that the logs accurately record the information contained in the Exhibits, and that the Exhibits are admissible into evidence in this case without the need for a custodian of records to prove their authenticity;

24.  It is stipulated that the Government Exhibit 141 is a true and correct copy of business records of the American Registry of Internet Numbers, that these records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity;

25.  It is stipulated that the Government Exhibit 142 is a true and correct summary of (a) excerpts of computer-generated logs of the Locke Lord server designated H0BK01; (b) business records of AT&T Corporation, Level 3 Communications, TW Telecom; and, (c) business records of the American Registry for Internet Numbers, that the chart accurately records the information and data contained in Exhibits 16, 18, 20, 25, 27, 65, and 141, and that the Exhibit is admissible into evidence in this case as a summary chart;

26.  It is stipulated that Defense Exhibit 20 is a true and correct copy of a record of the National Cyber-Forensics & Training Alliance, that the record accurately records the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity.

27.  It is stipulated that Defense Exhibit 53 is a true and correct copies of e-mails between Nick Laoutaris, using the e-mail address c_hockland@hotmail.com, and Steven Buck at Munsch Hardt Kopf & Harr, P.C. e-mail address, that the records accurately record the information contained in the Exhibit, and that the Exhibit is admissible into evidence in this case without the need for a custodian of record to prove its authenticity.

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/  Paul Yanowitch*
PAUL YANOWITCH
Assistant United States Attorney
Illinois Bar No. 6188269
1100 Commerce Street; Third Floor
Dallas, Texas 75242
Telephone:  214.659.8618
Facsimile:  214.659.8805
paul.yanowitch@usdoj.gov

*/s/ J. Nicholas Bunch*
J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4104
nick.bunch@usdoj.gov

*/s/  John R. Teakell*
John R. Teakell
Texas Bar No. 19756800
Law Office of John Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas  75219
Telephone: 214.523.9076
Facsimile:  214.523.9077
jteakell@teakelllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, I electronically filed the foregoing

Trial Stipulations with the Clerk of Court for the United States District Court for the

Northern District of Texas using the electronic filing system of the Court. The electronic

case filing system will send a notice of filing to all the attorneys of record who have

consented to such service.

*/s/ Paul Yanowitch*
PAUL YANOWITCH
Assistant United States Attorney