U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 9 2015
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL DOCKET NO. 3:13-CR-386-B |
| | § |
| ANASTASIO N. LAOUTARIS | § |
| | § |
| Defendant. | § |

## VERDICT

We, the jury in the above-entitled case, find as follows (answer "Guilty" or "Not Guilty" in the spaces provided):

| Count | "Guilty" or "Not Guilty" |
|---|---|
| 1 | Guilty |
| 2 | Guilty |

*[signature]*

9/29/15

- 13 -