UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO:<br>3:13-CR-00386-B |
| ANASTASIO N LAOUTARIS,<br>    Defendant. | §<br>§<br>§ | |

## COURT'S LIST OF ADMITTED TRIAL EXHIBITS

    Attached is the list of exhibits admitted during the criminal jury trial, which began on Monday, September 21, 2015, and concluded on Tuesday, September 29, 2015.

TRIAL EXHIBIT LIST – See Attachment

**GOVERNMENT'S ADMITTED EXHIBITS**

| EX. | DESCRIPTION |
|---|---|
| 1 | Locke Lord Bissell & Liddell LLP<br>Selected Documents<br>Personnel File of Anastasio N. Laoutaris |
| 2 | Locke Lord Bissell & Liddell LLP<br>Position Description<br>Senior Systems Engineer |
| 3 | Locke Lord Bissell & Liddell LLP<br>Organizational Diagram<br>IT Department |
| 5 | E-mail from N. Laoutaris to Stan Guzik, Michael Ger<br>August 10, 2011 1:14:00 p.m.<br>Subject: svc_gn |
| 6 | E-mail from Michael Ger to Nick Laoutaris, Stan Guzik<br>August 10, 2011  1:16 p.m.<br>Subject: RE: svc_gn |
| 7 | E-mail from Michael Ger to Michael Ger, John Paradysz, et al.<br>August 11, 2011  11:58 p.m.<br>Subject: RE: mysterious call |
| 9 | E-mail from A. N. Laoutaris [c_hockland@hotmail.com] to Andy Hsu<br>August 31, 2011  3:58 p.m.<br>Subject: RE: Joni Brewer |
| 10 | E-mail A.N. Laoutaris [c_hockland@hotmail.com] to Andy Hsu<br>August 31, 2011  4:07 p.m.<br>Subject: RE: Joni Brewer |
| 11 | Locke Lord Bissell & Liddell LLP<br>Chart of Direct Expenses<br>Charges from Stroz Friedberg, Microsoft Corp., Sentinel Technologies<br>January 23, 2012 |
| 12 | Locke Lord Bissell & Liddell LLP<br>Invoices received from Sentinel Technologies, Inc.<br>November 14, 2011 – December 30, 2011 |
| 13 | Locke Lord Bissell & Liddell LLP<br>Charges from Microsoft Corporation<br>December 7, 2011 through January 4, 2012 |
| 14 | Locke Lord Bissell & Liddell LLP<br>Invoices received from Stroz Friedberg |
| 16 | AT&T Corp.<br>Subscriber Records for Account No. 20748256<br>Assigned IP Addresses 70.250.113.157, 70.250.175.91 |
| 18 | AT&T Corp.<br>Subscriber Records for Account No. 20748256<br>Assigned IP Address 70.250.115.79 |
| 20 | AT&T Corp<br>Subscriber Records for Account No. 20748256<br>Assigned IP Addresses 70.250.115.79, 66.142.150.161 |
| 22 | Microsoft Corporation<br>Subscriber Records for Account Associated with<br>E-Mail Address c_hockland@hotmail.com |

**Court's Admitted Exhibit List – p. 1**

| | |
|---|---|
| 23 | Microsoft Corporation<br>Login History for Account Associated with<br>E-Mail Address c_hockland@hotmail.com<br>September 2, 2001 – December 8, 2011 |
| 25 | Level 3 Communications<br>Subscriber Information for Customer Assigned<br>IP Address 208.51.212.88 |
| 27 | TW Telecom<br>Subscriber Information for Customer Assigned<br>IP Address 74.202.38.20 |
| 29 | Softlayer Technologies/The Planet<br>Employment File for Anastasio N. Laoutaris |
| 33 | LogMeIn, Inc.<br>Subscriber Records for Account Associated with<br>E-mail Address c_hockland@hotmail.com |
| 34 | LogMeIn, Inc.<br>Account Login Data<br>May 22, 2011 to January 20, 2012 to May 22, 2011 |
| 35 | LogMeIn, Inc.<br>Remote Session Logs<br>May 22, 2011 to January 20, 2012 |
| 40 | Ashley Ellis Staffing/Triad Personnel Services, Inc.<br>Employment File for Anastasio N. Laoutaris<br>(pg 14 excluded) |
| 45 | Go Daddy.com<br>Customer/Subscriber Records<br>Shopper ID 92635356 |
| 46 | Go Daddy.com<br>Customer/Subscriber Records<br>Shopper ID 23121641 |
| 48 | HireRight, Inc.<br>Customer Credit Records/Employment Verification Forms<br>Anastasio N. Laoutaris |
| 49 | Application Event Logs<br>Locke Lord Server Designated H0BK01<br>September 3, 2011 8:14:01 p.m. to December 6, 2011 8:31:08 p.m. |
| 50 | Security Event Logs<br>Locke Lord Server Designated H0BK01<br>September 3, 2011 8:10:48 p.m. to December 6, 2011 12:47:00 a.m. |
| 52 | Locke Lord Server Designated H0BK01<br>LogMeIn Logs<br>December 5, 2011 8:55:47 p.m. to December 5, 2011 9:56:13 p.m. |
| 53 | Locke Lord Server Designated H0BK01<br>LogMeIn Logs<br>December 6, 2011 7:09:38 p.m. to December 6, 2011 8:42:54 p.m. |
| 54 | Locke Lord Server Designated H0BK01<br>Timeline of Log Entries<br>12/31/1969 – 12/07/2011 3:32:00 a.m. |

**Court's Admitted Exhibit List – p. 2**

| | | |
|---|---|---|
| 55 | Security Logs<br>Locke Lord Domain Controller Designated DALGNDC01<br>11/30/2011 9:19:55 p.m. to 12/01/2011 11:30:43 p.m. | |
| 56 | Security Logs<br>Locke Lord Domain Controller Designated DALGNDC01<br>12/05/2011 12:08:49 p.m. to 12/07/2011 7:47:42 am | |
| 57 | Security Logs<br>Locke Lord Domain Controller Designated DALGNDC02<br>11/28/2011 6:51:16 am to 12/01/2011 11:33:22 p.m. | |
| 58 | Security Logs<br>Locke Lord Domain Controller Designated DALGNDC02<br>12/04/2011 10:08:13 am to 12/07/2011 7:52:07 am | |
| 59 | Event Logs<br>Locke Lord Domain Controller Designated DALGNDC01<br>December 1, 2011  10:08:19 p.m. to 11:28:26 p.m. | |
| 60 | Event Logs<br>Locke Lord Domain Controller Designated DALGNDC02<br>December 1, 2011  10:03:30 p.m. to 11:32:47 p.m. | |
| 61 | Event Logs<br>Locke Lord Domain Controller Designated DALGNDC01<br>December 5, 2011  7:51:49 p.m. to December 6, 2011 12:36:36 am | |
| 62 | Event Logs<br>Locke Lord Domain Controller Designated DALGNDC02<br>December 5, 2011  6:58:20 p.m. to 11:57:41 p.m. | |
| 65 | Locke Lord Server Designated H0BK01<br>Log Entries<br>August 30, 2011 00:00:40 a.m. to December 7, 2011 3:32:00 a.m. | |
| 66 | Locke Lord Server Designated H0BK01<br>Log Entries<br>September 1, 2011 00:00:14 a.m. through<br>September 2, 2011 00:00:03 a.m. | |
| 67 | Locke Lord Server Designated H0BK01<br>Log Entries<br>September 3, 2011 00:04:50 a.m. through<br>September 3, 2011 23:31:54 a.m. | |
| 68 | Locke Lord Server Designated H0BK01<br>Log Entries<br>September 3, 2011 20:08:24 a.m. through<br>September 3, 2011 20:09:51 a.m. | |
| 71 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>Entry for September 3, 2011 7:08:26 p.m. | |
| 72 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>Entry for September 3, 2011 7:10:48 p.m./Event 517 | |
| 73 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>Entry for September 3, 2011 8:02:22 p.m./Event ID 104 | |

**Court's Admitted Exhibit List – p. 3**

| | |
|---|---|
| 74 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>Entry for September 3, 2011 8:02:22 p.m./Event 680 |
| 75 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>September 3, 2011 8:02:31 p.m./Event ID 102 |
| 76 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>September 3, 2011 8:02:31 p.m./Event 576 |
| 77 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>September 3, 2011 8:02:54 p.m./Event ID 202 |
| 78 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>September 3, 2011 8:03:06 p.m./Event ID 577 |
| 79 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>September 3, 2011 8:03:09 p.m./Event ID 560 |
| 80 | Locke Lord Server Designated H0BK01<br>Log Excerpts<br>  - September 3, 2011   08:08:24 p.m.<br>  - September 3, 2011   08:08:24 p.m.<br>  - September 3, 2011   08:08:26 p.m.<br>  - September 3, 2011   08:08:26 p.m.<br>  - September 3, 2011   08:08:42 p.m. |
| 82 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>September 3, 2011 8:09:25 p.m./Event ID 205 |
| 83 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>September 3, 2011  9:09:26 p.m./Event ID 106 |
| 85 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>October 1, 2011  9:41:39 p.m./ Event ID 102 |
| 86 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>October 1, 2011  9:41:58 p.m./Event ID 577 |
| 87 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>October 13, 2011  10:18:07 p.m./Event ID 102 |
| 88 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>October 13, 2011  10:18:18 p.m./Event ID 577 |
| 89 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>October 19, 2011  9:39:38 p.m./Event ID 102 |
| 90 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>October 19, 2011  9:40:15 p.m./Event ID 577 |

**Court's Admitted Exhibit List – p. 4**

| | | |
|---|---|---|
| 91 | Locke Lord Server Designated H0BK01<br>Application Event Logs October 21, 2011  9:50:41 p.m./Event ID 102 | |
| 92 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>October 21, 2011  9:51:19 p.m./Event ID 577 | |
| 93 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>November 3, 2011  6:25:47 a.m./Event ID 102 | |
| 94 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>November 3, 2011  6:26:01 a.m./Event ID 577 | |
| 95 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>November 25, 2011  10:34:55 a.m./Event ID 102 | |
| 96 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>November 25, 2011  10:35:10 a.m./Event ID 577 | |
| 98 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>December 1, 2011  9:34:44 p.m./Event ID 102 | |
| 99 | Locke Lord Server Designated H0BK01<br>Security Event Logs<br>December 1, 2011  9:35:10 p.m./Event ID 577 | |
| 100 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011 10:00:14 p.m./Event ID 4624 | |
| 101 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011 10:00:14 p.m./Event ID 4672 | |
| 103 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011 10:03:30 p.m. – 10:03:57 p.m./Event ID 4743 | |
| 104 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011 10:03:48 p.m./Event ID 4743 | |
| 105 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:05:09 p.m. – 10:05:19 p.m./Event ID 4743 | |
| 106 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011 10:05:15 p.m./Event 4743 | |
| 107 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:06:15 p.m. – 10:06:26 p.m./Event ID 4743 | |
| 108 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011 10:06:16 p.m./Event 4743 | |
| 109 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:08:19 p.m.– 10:08:28 p.m./Event ID 4763 | |

**Court's Admitted Exhibit List – p. 5**

| | |
|---|---|
| 110 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:06:48 p.m.– 10:06:50 p.m./Event ID 4763 |
| 111 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:08:28 p.m./Event ID 4763 |
| 112 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:09:43 p.m.– 10:09:50 p.m./Event ID 4725 |
| 113 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:04:11 p.m.– 10:04:50 p.m./Event ID 4725 |
| 114 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:09:50 p.m./Event ID 4725 |
| 115 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:12:48 – 10:13:49 p.m./Event ID 4726 |
| 116 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 1, 2011  10:12:48 p.m./Event ID 4726 |
| 117 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:05:44 p.m. – 10:05:49 p.m./Event ID 4726 |
| 118 | Locke Lord Server Designated DALGNDC02<br>Security Audit Logs<br>December 1, 2011  10:05:44 p.m./Event ID 4726 |
| 120 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>December 5, 2011  7:43:46 p.m./Event ID 102 |
| 121 | Locke Lord Server Designated H0BK01<br>Application Event Logs<br>December 5, 2011  8:00:41 p.m./Event ID 202 |
| 122 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:09:08 p.m./Event ID 4624 |
| 123 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:10:02 p.m./Event ID 4672 |
| 124 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:10:07 p.m./Event 4696 |
| 125 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:11:19 – 8:11:59 p.m./Event ID 5141 |
| 126 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:11:59 p.m./Event ID 5141 |

**Court's Admitted Exhibit List – p. 6**

| | |
|---|---|
| 127 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:12:39 p.m. – 8:12:39 P.M./Event ID 5141 |
| 128 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:12:39 p.m./Event ID 5141 |
| 129 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:14:32 p.m./Event ID 4933 |
| 130 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:14:47 p.m./Event ID 4932 |
| 131 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:16:09 p.m./Event ID 5139 |
| 132 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:17:49 p.m./Event ID 5139 |
| 133 | Locke Lord Server Designated DALGNDC01<br>Security Audit Logs<br>December 5, 2011 8:21:59 p.m./Event ID 5136 |
| 134 | DALGNDC01<br>Security Audit Logs<br>December 5, 2011  8:44:39 p.m./Event ID 4725 |
| 135 | Screen Shot<br>Log Me In Overview<br>Locke Lord Server Designated H0BK01 |
| 138 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 6, 2011  8:22:18 p.m./Event ID 104 |
| 140 | Resume of Christopher E. Pogue |
| 141 | American Registry for Internet Numbers<br>Whois RESTful Web Service Report for 75.125.126.4/75.125.126.8<br>September 8, 2015 |
| 142 | Summary Chart<br>LogMeIn Activity on Locke Lord Server Designated H0BK01<br>September 3, 2015 – December 6, 2015 |
| 144 | Resume of Nick Laoutaris<br>May 2010 |
| 145 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 1, 2011  10:53:43 p.m./Event ID 102 |
| 146 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  8:25:07 p.m./Event ID 102 |
| 150 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 1, 2011  10:41:39 p.m. to 2:02:46 a.m. |

**Court's Admitted Exhibit List – p. 7**

| | |
|---|---|
| 151 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 1, 2011  10:41:51 p.m./Event ID 202 |
| 152 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 1, 2011  10:43:26 p.m./Event ID 205 |
| 153 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 1, 2011  10:53:52 p.m./Event ID 202 |
| 154 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 2, 2011  1:02:40 A.M./Event ID 205 |
| 155 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 2, 2011  2:02:46 A.M./Event ID 106 |
| 156 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  8:25:07 p.m. to 10:01:22 p.m. |
| 157 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  8:25:18 p.m./Event ID 202 |
| 158 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  8:41:43 p.m./Event ID 205 |
| 159 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  8:41:46 p.m./Event ID 202 |
| 160 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  9:01:13 p.m./Event ID 205 |
| 161 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 7, 2011  10:01:22 p.m./Event ID 106 |
| 162 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 13, 2011  10:00:41 p.m. to 3:17:45 a.m. |
| 163 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 13, 2011  11:18:14 p.m./Event ID 202 |
| 164 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 14, 2011  2:17:34 a.m./Event ID 205 |
| 165 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 14, 2011  3:17:45 a.m./Event ID 106 |
| 166 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 19, 2011  1:58:10 p.m. to 7:16:18 a.m. |

| | |
|---|---|
| 167 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 19, 2011   10:39:53 p.m./Event ID 202 |
| 168 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 19, 2011   10:53:13 p.m./Event ID 205 |
| 169 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 19, 2011   11:53:23 p.m./Event ID 106 |
| 170 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 21, 2011   7:02:11 p.m. to 12:41:06 a.m. |
| 171 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 21, 2011   10:50:59 p.m./Event ID 202 |
| 172 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 21 2011   11:41:03 p.m./Event ID 205 |
| 173 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>October 22, 2011   12:41:06 a.m./Event ID 106 |
| 174 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 3, 2011   3:02:16 a.m. to 8:31:40 a.m. |
| 175 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 3, 2011   7:25:56 a.m./Event ID 202 |
| 176 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 3, 2011   7:31:40 a.m./Event ID 205 |
| 177 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 3, 2011   8:31:40 a.m./Event ID 106 |
| 178 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 25, 2011   10:34:55 a.m. to 1:47:16 p.m. |
| 179 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 25, 2011   10:35:07 a.m./Event ID 202 |
| 180 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 25, 2011   11:01:40 a.m./Event ID 205 |
| 181 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>November 25, 2011   12:00:52 P.M./Event ID 106 |
| 182 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 1, 2011   8:06:22 p.m. to 11:19:37 p.m. |

| | |
|---|---|
| 183 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 1, 2011  9:34:52 p.m./Event ID 202 |
| 184 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 1, 2011  10:19:24 p.m./Event ID 205 |
| 185 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 1, 2011  11:19:37 p.m./Event ID 106 |
| 186 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 5, 2011  7:43:46 p.m. to 10:56:42 p.m. |
| 187 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 5, 2011  8:00:41 p.m./Event ID 202 |
| 188 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 5, 2011  8:55:48 p.m./Event ID 205 |
| 189 | Locke Lord Server Designated H0BK01<br>Application Event Log<br>December 5, 2011  9:56:13 p.m./Event ID 106 |
| 190 | E-mail string starting with E-mail from Moosung Son to Jerry McEachern, Christian Kabel, Cheri Carr, and John Paradysz,<br>December 19, 2011; 9:17 a.m.<br>Subject: LogMeIn Product Activity |
| 193 | E-mail string starting with E-mail from Christian Kabel to Cheri Carr, Moosung Son, Jerry Mceachern, and John Paradaysz<br>December 19, 2011; 1:32 p.m.<br>Subject: Re: LogMeIn Product Activity |
| 194 | E-mail string starting with E-mail from Christian Kabel to Cheri Carr, Moosung Son, Jerry McEachern, and John Paradaysz<br>December 19, 2011; 1:31 p.m.<br>Subject: Re: LogMeIn Product Activity |
| 195<br>(Demonstrative) | Graphical Representation of Locke Lord Wide Area Network |

**DEFENDANT'S ADMITTED EXHIBITS**

| EX. | DESCRIPTION |
|---|---|
| 1 | Email String 8-10-11 Ger - Laoutaris |
| 2 | Email String 8/2011 |
| 3 | Emails with 10/11 Screen Shot |
| 4 | Campbell email 12/12/11 |
| 5 | Son Email String 12/18 & 19/11 |
| 6 | Carr Email 12/19/11 |
| 7 | Son Email 12/19/11 re Work Stations |
| 8 | Email to Bradford 12/8/11 |
| 9 | Email 12/5/11 |
| 10 | Log Screen Shot 10-7-11 |
| 11 | Notice – Hotmail |

**Court's Admitted Exhibit List – p. 10**

| | | |
|---|---|---|
| 12 | Email 12/13/11 | |
| 15 | AT&T Records | |
| 20 | InfraGard email | |
| 23 | Email Memo Petty 12/05/11 | |
| 24 | Log Screen Shots | |
| 25 | Log Screen Shot Planet address 10-1-11 | |
| 26 | Laoutaris to Hsu Email | |
| 28 | Email to Paradysz | |
| 29 | Email from Pierson | |
| 32 | Emails from Locke | |
| 34 | Email re Network | |
| 46 | How a Virus is Spread | |
| 51 | Resignation and Related | |
| 53 | IP Addresses and Related | |
| 55 | Domain Controller Emails | |
| 57 | LogMeIn Records (as received) | |
| 58 | Trafigura Trading (as received) | |
| 62 | CV of William Easttom | |
| 63 | 2 emails: 3/31/2010 and 5/20/2010 | |

**Court's Admitted Exhibit List – p. 11**